JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 10-5721-VBF(RZx)**                    Dated: **August 10, 2011**

Title:    Cynthia Shafer -v- Regent Asset Management Solutions, Inc., et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

    Joseph Remigio                         None Present
    Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER CLOSING CASE**


The Court has received Notice of Voluntary Dismissal With Prejudice. Pursuant to such Notice and Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.  This case is **CLOSED** and all future dates are taken off calendar.

**IT IS SO ORDERED.**